1098

No. 95–7165. PLATA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7166. PARKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7167. VILLALBA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7175. CHILDRESS ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–7181. MARIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7185. KNOWLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7189. KINNEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7191. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7199. GREEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7200. FULTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7201. GESSA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7202. FAIR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–7205. GORBY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7212. RAMON DIEGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7213. ESCOBEDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7214. DOUGLAS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.